UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ARISPE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:18-cv-02017 JAM AC<br><br><br>PROTECTIVE ORDER |

IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (ECF No. 10), is DISAPPROVED because it does not contain proper signatures in accordance with the Local Rules. ECF No. 10 at 12. The court also notes that the stipulation contains references to non-existent local rules in the paragraph on judicial intervention. Id. at ¶ 6.3. Before submitting an amended stipulation, the parties are directed to review the Eastern District of California Local Rules, with particular attention to Local Rule 131(c) and Local Rule 251. The parties should also review the undersigned's Standing Orders on the court's website, which address the informal discovery dispute resolution process.

IT IS SO ORDERED.

DATED: October 10, 2018

                                                    ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE