LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendant, COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| TRACY ARISPE, individually and as successor-in-interest to Decedent NOLAN CORNETT,<br><br>          Plaintiff,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; FULTON-ELCAMINO PARKS AND RECREATION DISTRICT, a municipal corporation; and DOES 1-50, inclusive, jointly and severally.<br><br>          Defendants. | Case No.: 2:18-cv-02017-JAM-AC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

It is so stipulated.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: July 17, 2019 | | LONGYEAR, O'DEA & LAVRA, LLP |

By: */s/ Nicole M. Cahill*
    VAN LONGYEAR
    NICOLE M. CAHILL
    Attorneys for Defendant,
    County of Sacramento

Dated: July 17, 2019          LAW OFFICE OF JOHN L. BURRIS

By: */s/ Patrick Buelna* (as authorized 7/12/19)
    PATRICK BUELNA
    Attorneys for Plaintiffs

Dated: July 17, 2019          ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Derick E. Konz* (as authorized 7/17/19)
    DERICK E. KONZ
    Attorneys for Defendant Fulton-El Camino
    Park and Recreation District

**ORDER**

IT IS SO ORDERED:

Dated: July 18, 2019          /s/ John A. Mendez
                                               JUDGE OF THE U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF CALIFORNIA